

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Christopher Pelletier v. The State of Texas

Appellate case number:   01-21-00425-CR, 01-21-00430-CR

Trial court case number:  20CR1225, 21CR1166

Trial court:            10th District Court of Galveston County

On August 3, 2022, Appellant, Christopher Pelletier, acting pro se, requested a twelve-month extension of time in which to file his appellate brief. Appellant's motion is **granted in part**. Appellant's brief is due **sixty days** from the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                  Acting individually


Date:  August 18, 2022